IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01474-JLK-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

46773 SILVER FIR STREET, PARKER, COLORADO,

    Defendant.

_____

## FINAL ORDER OF FORFEITURE
_____

THIS MATTER is before the Court on the United States' Unopposed Motion for Final Order of Forfeiture (doc. #23), filed April 3, 2013. The Motion is GRANTED. The Court FINDS:

THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the United States and claimant North Pines Metropolitan District and lienholder US Bank have reached settlements in this case, and have filed Settlement Agreements with the Court resolving all issues in dispute;

THAT default as to Kyle Abt was entered;

THAT no other claims to defendant property have been filed;

THAT forfeiture of defendant 46773 Silver Fir Street Parker, Colorado, more

particularly described as:  Lot 60, Sky Rim (Amendment No. 2), recorded April 6, 2001, in Book 11 at Page 89, Reception No. 402228, County of Elbert, State of Colorado shall enter in favor of the United States;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT forfeiture of 46773 Silver Fir Street Parker, Colorado, more particularly described as:  Lot 60, Sky Rim (Amendment No. 2), recorded April 6, 2001, in Book 11 at Page 89, Reception No. 402228, County of Elbert, State of Colorado shall enter in favor of the United States;

THAT the United States shall have full and legal title to the defendant property, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreements;

THAT the Clerk of Court is directed to enter Judgment; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to all defendant property pursuant to 28 U.S.C. § 2465.

SO ORDERED this 3rd day of April, 2013.

BY THE COURT:

*s/John L. Kane*
JOHN L. KANE
U.S. District Court Senior Judge