IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01474-JLK-MJW

UNITED STATES OF AMERICA,

      Plaintiff,

v.

46773 SILVER FIR STREET, PARKER, COLORADO,

      Defendant.

_____

**FINAL JUDGMENT**
_____

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Final Order of Forfeiture entered by the Honorable John L. Kane, Senior U.S. District Judge, the following FINAL JUDGMENT is hereby entered.

It is ORDERED that forfeiture of 46773 Silver Fir Street Parker, Colorado, more particularly described as: Lot 60, Sky Rim (Amendment No. 2), recorded April 6, 2001, in Book 11 at Page 89, Reception No. 402228, County of Elbert, State of Colorado is entered in favor of the United States; it is further

ORDERED that the United States shall have full and legal title to the defendant property, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreements.    It is further

ORDERED that the Final Order of Forfeiture shall also constitute a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 as to all of defendant property.

DATED at Denver, Colorado this 4th day of April, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ Edward P. Butler
Edward P. Butler, Deputy Clerk